J-S13001-21

| | | |
|---|---|---|
| MIA GRAVES, APPELLANT | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| v. | : | |
| | : | |
| DARLENA GRAVES | : | |
| | : | |
| | : | |
| | : | |
| | : | No. 1787 EDA 2020 |

Appeal from the Order Entered September 10, 2020
In the Court of Common Pleas of Philadelphia County Domestic Relations
at No(s):  No. XC0804474

BEFORE:   OLSON, J., KING, J., and PELLEGRINI, J.*

**ORDER**

AND NOW, to wit, this 12th day of October, 2021, upon further consideration by this Court, the opinion filed on September 17, 2021 is withdrawn.   **See** Pa.C.S.A. § 5505 ("Except as otherwise provided or prescribed by law, a court upon notice to the parties may modify or rescind any order within 30 days after its entry, if no appeal from such order has been taken or allowed.").  No further action by the parties is necessary.  Jurisdiction retained.

_____

* Retired Senior Judge assigned to the Superior Court.